784

The witness further testified when asked who was in charge of the premises, "Well, I wouldn't say who owns them or anything like that, because I don't know." "Well, I don't know definitely, and I wouldn't say." The witness testified that he did not see appellant during the search, and first saw him over an hour afterwards and didn't state where appellant was then.

This was all the evidence on the question of who was in possession of the beer.

The evidence is insufficient to support the conviction.

The motion for rehearing is granted; the judgment of affirmance is set aside; and the judgment of the trial court is reversed and the cause remanded.

Opinion approved by the Court.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Taylor County. The penalty assessed is a fine of $150 and confinement in the county jail for 30 days.

The complaint and information, as well as all other matters of procedure, appear to be in regular form. The record is before us without a statement of facts and bills of exception. Therefore, nothing is presented for review.

The judgment of the trial court is affirmed.